# COHEN ROSENTHAL & KRAMER LLP

ATTORNEYS AT LAW
700 WEST ST. CLAIR AVENUE, SUITE 400
CLEVELAND, OHIO 44113
TEL: (216) 781-7956 • FAX: (216) 781-8061
WWW.CRKLAW.COM

July 13, 2007

*SENT VIA FACSIMILE TO 216-274-2232*
*AND ORDINARY U.S. MAIL*

Richard T. Prasse, Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 3300
Cleveland, OH 44114

    Re:   *Constance Denson, et al. v. Great Lakes Cheese, et al.*
          U.S. District Court, Northern District of Ohio, Case No. 5:07-cv-1960

Dear Mr. Prasse:

    It has come to our attention that your clients intend to hold a company-wide meeting regarding this lawsuit. We ask that no such meeting occur until after Judge Dowd has had ample opportunity to rule on our pending *Emergency Motion for Protective Order, Corrective Notice, and Sanctions for Defendants' Unauthorized Class Notice.*

    If this correspondence is in any way unclear, please contact me immediately.

                                          Very truly yours,

                                          Jason R. Bristol

JRB: mmi
cc:   The Honorable David D. Dowd
       Anthony J. Lazzaro, Esq.
       Cathleen M. Bolek, Esq.

# Message Confirmation Report

JUL-13-2007 01:33 PM FRI

Fax Number  :
Name        :

| | | |
|---|---|---|
| Name/Number | : | 2742232 |
| Page | : | 2 |
| Start Time | : | JUL-13-2007 01:31PM FRI |
| Elapsed Time | : | 01'21" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

---

## COHEN ROSENTHAL & KRAMER LLP
ATTORNEYS AT LAW
700 WEST ST. CLAIR AVENUE, SUITE 400
CLEVELAND, OHIO 44113
TEL: (216) 781-7956 • FAX: (216) 781-8061

### FACSIMILE COVER PAGE

| TO: | Richard T. Prasse, Esq. | NO: | 216-274-2232 |
|---|---|---|---|
| FROM: | Jason R. Bristol, Esq. | NO: | 216-781-8061 |
| DATE: | July 13, 2007 | | |
| PAGES: | 2 (including cover page) | | |
| RE: | Denson, et al. v. Great Lakes Cheese, et al. | | |

Please see the attached.

**If you have difficulties in receiving this transmission, please contact us immediately at (216) 781-7956.**

The information contained in this facsimile message is confidential and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by telephone. Thank you.