UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE DENSON, et al. | ) | CASE NO. |
| | ) | |
| on behalf of themselves and all others similarly situated, | ) ) ) | JUDGE |
| | ) | MAGISTRATE JUDGE |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **AFFIDAVIT OF CONSENT OF CONSTANCE DENSON TO BE A REPRESENTATIVE PLAINTIFF** |
| GREAT LAKES CHEESE CO., INC., et al. | ) ) ) | **FOR A CLASS OF SIMILARLY-SITUATED OPT-IN PLAINTIFFS** |
| Defendants. | ) | |

To: Clerk of Court
United States District Court
Northern District of Ohio

I, Constance Denson, hereby swear, under penalty of perjury, that the following is true and correct to the best of my personal knowledge, information, and belief:

1. I am over 18 years of age and competent to make the following representations and give the following consent in this matter.

2. I was employed by Defendants Great Lakes Cheese Co., Inc. and Great Lakes Cheese of Ohio (collectively "Great Lakes Cheese") between approximately April, 2004 and April, 2006 as a line attendant.

3. I seek to recover unpaid wages from Defendants Great Lakes Cheese under the Fair Labor Standards Act and Ohio Minimum Wage Act, and consent to be the named Plaintiff in the above-captioned collective action. I agree to be bound by any adjudication of this action by the Court, and any collective action settlement approved by my attorneys and this Court as being fair, adequate and reasonable.

**Exhibit 2**

4.     I consent to bring this action on behalf of myself and two classes of similarly-situated opt-in plaintiffs, as defined in the above-captioned Complaint as follows:

### The Rounding Class

All former and current production employees of Defendants Great Lakes Cheese in Hiram, Ohio, who at any time between July 2, 2004 and present, were not paid for all hours worked due to Defendants' practice of rounding down start times to the nearest half of an hour.

### The Uniform Class

All former and current production employees of Defendants Great Lakes Cheese in Hiram, Ohio, who at any time between July 2, 2004 and present, were not paid for changing into and out of uniforms, hair coverings, and/or personal protective equipment at work.

5.     I observed that these classes of similarly-situated opt-in plaintiffs consist of no less than two hundred persons. At any given time during my employment, Defendants employed at least two hundred production employees.

6.     I believe that I am similarly situated to the rounding class of opt-in plaintiffs because, during my employment at Great Lakes Cheese, I observed that the class and I:

    (a)    were non-exempt, hourly, production employees; and

    (b)    were not paid for all of the time we actually worked because our start times were rounded down to the nearest half of an hour.

7.     I believe that I am similarly situated to the uniform class of opt-in plaintiffs because, during my employment at Great Lakes Cheese, I observed that the class and I:

    (a)    were non-exempt, hourly, production employees; and

    (b)    were not paid for time spent changing into and out of our uniforms, hair coverings, and personal protective equipment at work.

WHEREFORE, I hereby consent and agree to be a representative Plaintiff in the above-captioned collective action against Defendants Great Lakes Cheese, and to be represented by Cohen Rosenthal & Kramer LLP and The Lazzaro Law Firm, LLC.

FURTHER AFFIANT SAYETH NAUGHT.

*Constance Denson* (signature)
Constance Denson
3426 Dunstan Drive, NW, Apt. 1
Warren, OH 44485

SWORN TO BEFORE ME and subscribed in my presence in __Trumball__ County, Ohio, this __29th__ day of __June__, 2007.

_____
Notary Public

ANTHONY J. LAZZARO, Attorney
Notary Public, State of Ohio
My Commission Has No
Expiration Date
Section 147.03 R.C.

Respectfully submitted,

| **COHEN ROSENTHAL & KRAMER LLP** | **THE LAZZARO LAW FIRM, LLC** |
|---|---|
| /s/ Jason R. Bristol | /s/ Anthony J. Lazzaro |
| Jason R. Bristol (0072989) | Anthony J. Lazzaro (0077962) |
| jbristol@crklaw.com | anthony@lazzarolawfirm.com |
| The Hoyt Block Building – Suite 400 | 920 Rockefeller Building |
| 700 West St. Clair Avenue | 614 W. Superior Avenue |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 |
| 216-781-7956 [Telephone] | 216-696-5000 [Telephone] |
| 216-781-8061 [Facsimile] | 216-696-7005 [Facsimile] |

*Attorneys for Plaintiff*

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE DENSON, et al. | ) | CASE NO. |
| | ) | |
| on behalf of themselves and all others similarly situated, | ) | JUDGE |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| Plaintiffs, | ) | |
| | ) | **AFFIDAVIT OF CONSENT OF** |
| vs. | ) | **LAURA STEERMAN TO BE A** |
| | ) | **REPRESENTATIVE PLAINTIFF** |
| GREAT LAKES CHEESE CO., INC., et al. | ) | **FOR A CLASS OF SIMILARLY-** |
| | ) | **SITUATED OPT-IN PLAINTIFFS** |
| Defendants. | ) | |

To: Clerk of Court
United States District Court
Northern District of Ohio

I, Laura Steerman, hereby swear, under penalty of perjury, that the following is true and correct to the best of my personal knowledge, information, and belief:

1. I am over 18 years of age and competent to make the following representations and give the following consent in this matter.

2. I was employed by Defendants Great Lakes Cheese Co., Inc. and Great Lakes Cheese of Ohio (collectively "Great Lakes Cheese") between approximately June, 2003 and December, 2006 as a line attendant.

3. I seek to recover unpaid wages from Defendants Great Lakes Cheese under the Fair Labor Standards Act and Ohio Minimum Wage Act, and consent to be the named Plaintiff in the above-captioned collective action. I agree to be bound by any adjudication of this action by the Court, and any collective action settlement approved by my attorneys and this Court as being fair, adequate and reasonable.

4. I consent to bring this action on behalf of myself and two classes of similarly-situated opt-in plaintiffs, as defined in the above-captioned Complaint as follows:

### The Rounding Class

All former and current production employees of Defendants Great Lakes Cheese in Hiram, Ohio, who at any time between July 2, 2004 and present, were not paid for all hours worked due to Defendants' practice of rounding down start times to the nearest half of an hour.

### The Uniform Class

All former and current production employees of Defendants Great Lakes Cheese in Hiram, Ohio, who at any time between July 2, 2004 and present, were not paid for changing into and out of uniforms, hair coverings, and/or personal protective equipment at work.

5. I observed that these classes of similarly-situated opt-in plaintiffs consist of no less than two hundred persons. At any given time during my employment, Defendants employed at least two hundred production employees.

6. I believe that I am similarly situated to the rounding class of opt-in plaintiffs because, during my employment at Great Lakes Cheese, I observed that the class and I:

    (a) were non-exempt, hourly, production employees; and

    (b) were not paid for all of the time we actually worked because our start times were rounded down to the nearest half of an hour.

7. I believe that I am similarly situated to the uniform class of opt-in plaintiffs because, during my employment at Great Lakes Cheese, I observed that the class and I:

    (a) were non-exempt, hourly, production employees; and

    (b) were not paid for time spent changing into and out of our uniforms, hair coverings, and personal protective equipment at work.

WHEREFORE, I hereby consent and agree to be a representative Plaintiff in the above-captioned collective action against Defendants Great Lakes Cheese, and to be represented by Cohen Rosenthal & Kramer LLP and The Lazzaro Law Firm, LLC.

FURTHER AFFIANT SAYETH NAUGHT.

*Laura Steerman* (signature)
Laura Steerman
262 Washington Street
Warren, OH 44483

SWORN TO BEFORE ME and subscribed in my presence in ___Trumbull___ County, Ohio, this 29th day of ___June___, 2007.

_____
Notary Public

ANTHONY J. LAZZARO, Attorney
Notary Public, State of Ohio
My Commission Has No
Expiration Date
Section 147.03 R.C.

Respectfully submitted,

**COHEN ROSENTHAL & KRAMER LLP**

/s/ Jason R. Bristol
Jason R. Bristol (0072989)
jbristol@crklaw.com
The Hoyt Block Building – Suite 400
700 West St. Clair Avenue
Cleveland, Ohio 44113
216-781-7956 [Telephone]
216-781-8061 [Facsimile]

**THE LAZZARO LAW FIRM, LLC**

/s/ Anthony J. Lazzaro
Anthony J. Lazzaro (0077962)
anthony@lazzarolawfirm.com
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
216-696-5000 [Telephone]
216-696-7005 [Facsimile]

*Attorneys for Plaintiff*

3