UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE DENSON, et al. | ) | CASE NO. 5:07-cv-1960 |
| | ) | |
| on behalf of themselves | ) | JUDGE DAVID |
| and all others similarly situated, | ) | |
| | ) | MAGISTRATE JUDGE LIMBERT |
| Plaintiffs, | ) | |
| | ) | **CONSENT FORM** |
| vs. | ) | |
| | ) | |
| GREAT LAKES CHEESE CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned action. I agree to be represented by Cohen Rosenthal & Kramer LLP and The Lazzaro Law Firm, LLC. I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

*Harold Dodge  8-26-07*
Signature                                Date

*Harold Dodge*
Name (Please Print)

*906 Laird Ave. N.E.*
Street Address

*Warren, Ohio  44483*
City, State, Zip Code

*330-394-5784*
Phone Number

_____
Email Address

| | |
|---|---|
| **FAX** to: | 216-696-7005; or |
| **MAIL** to: | Great Lakes Cheese Collective Action<br>c/o The Lazzaro Law Firm, LLC<br>920 Rockefeller Building<br>614 W. Superior Avenue<br>Cleveland, Ohio 44113 |
| On or before: | September 21, 2007 |

Exhibit 1