UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
2008 MAR 12 AM 9: 25
CLK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| CONSTANCE DENSON, et al. ) | CASE NO. 5:07-cv-1960 |
| on behalf of themselves ) and all others similarly situated, ) | JUDGE DOWD |
| ) | MAGISTRATE JUDGE LIMBERT |
| Plaintiffs, ) | |
| ) | **ORDER OF DISMISSAL AND** |
| vs. ) | **APPROVING SETTLEMENT** |
| ) | |
| GREAT LAKES CHEESE CO., INC., et al. ) | |
| Defendants. ) | |

THIS CAUSE having come before the Court on the Joint Motion for Approval of Settlement Agreement and Stipulation Of Dismissal With Prejudice as to Plaintiffs' Complaint, such stipulation including the parties' Settlement Agreement, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair, reasonable and adequate settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and Ohio Minimum Fair Wage Standards Act; and

2. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorneys' fees and costs except as otherwise provided by the settlement agreement. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement. THIS CASE IS CLOSED.

ORDERED this 11th day of March, 2008.

_____
JUDGE DOWD

CLE - 1057036.1